# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: UNIVERSAL PROPERTIES INC. § Case No. 1-19-40052-NHL
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID J. DOYAGA SR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,230.99    Claims Discharged Without Payment: N/A

Total Expenses of Administration: $14,769.01

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,001,261.02 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,769.01 | 14,769.01 | 14,769.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 5,365.96 | 5,365.96 | 5,365.96 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 500,000.00 | 5,041.64 | 5,041.64 | 4,865.03 |
| **TOTAL DISBURSEMENTS** | $500,000.00 | $3,026,437.63 | $25,176.61 | $25,000.00 |

4)  This case was originally filed under Chapter 7 on January 04, 2019. The case was pending for 21 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/06/2020          By: /s/DAVID J. DOYAGA SR.
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential fraudulent conveyance action against 1 | 1129-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 -1 | 101-51-53 95th Street LLC | 4120-000 | 0.00 | 3,001,261.02 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,001,261.02** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - DAVID J. DOYAGA SR. | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| Other - Rosen, Kantrow & Dillon, PLLC | 3210-600 | N/A | 11,313.50 | 11,313.50 | 11,313.50 |
| Other - Rosen, Kantrow & Dillon, PLLC | 3220-610 | N/A | 99.63 | 99.63 | 99.63 |
| Other - MYC & Associates, Inc. | 3711-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - MYC & Associates, Inc. | 3712-000 | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - International Sureties, Ltd. | 2300-000 | N/A | 7.48 | 7.48 | 7.48 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 19.97 | 19.97 | 19.97 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 39.91 | 39.91 | 39.91 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 38.52 | 38.52 | 38.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,769.01 | $14,769.01 | $14,769.01 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P-1 | Internal Revenue Service | 5800-000 | N/A | 4,150.46 | 4,150.46 | 4,150.46 |
| 4P-1 | New York State Department of Taxation & Finance | 5800-000 | N/A | 1,215.50 | 1,215.50 | 1,215.50 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $5,365.96 | $5,365.96 | $5,365.96 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC | 7100-000 | N/A | 229.61 | 229.61 | 229.61 |
| 2U-1 | Internal Revenue Service | 7100-000 | N/A | 4,562.03 | 4,562.03 | 4,562.03 |
| 4U-1 | New York State Department of Taxation & Finance | 7200-000 | N/A | 250.00 | 250.00 | 73.39 |
| NOTFILED-1 | JP Morgan Chase | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Richard Singh and Esardi Singh c/o Steven Zalewski & | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Luther Dye, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Manranjan Ramkirt | 7100-000 | 250,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $500,000.00 | $5,041.64 | $5,041.64 | $4,865.03 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-19-40052-NHL  **Trustee:** (520900) DAVID J. DOYAGA SR.
**Case Name:** UNIVERSAL PROPERTIES INC.  **Filed (f) or Converted (c):** 01/04/19 (f)
　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 02/08/19
**Period Ending:** 10/06/20  **Claims Bar Date:** 07/02/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Judgment agaisnt Andre Acevedo and Rosa Diaz 7/2<br>　Orig. Description: Judgment agaisnt Andre Acevedo and Rosa Diaz 7/2014 Index No. 060043/2014. Amount Requested: $12,000.00; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Potential fraudulent conveyance action against 1<br>　Orig. Description: Potential fraudulent conveyance action against 101-51-53 95th Street LLC, transfer of 2,775,000 value (101-51 95th Street, Ozone Park) 101-53 95th Street, Ozone Park, against debt of $1,780,287, Claim against 165 Newport LLC and Ontario Wealth Management Corporation to set aside transfer of real property located at 101-51-53 985th Street, Ozone Park, transfer in violation of automatic stay.. Amount Requested: $0.00; Imported from original petition Doc# 1 | Unknown | 0.00 | | 25,000.00 | FA |
| 2　Assets　Totals (Excluding unknown values) | **$0.00** | **$0.00** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　May 31, 2020　　**Current Projected Date Of Final Report (TFR):**　July 2, 2020 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-19-40052-NHL  
**Case Name:** UNIVERSAL PROPERTIES INC.  

**Taxpayer ID #:** **-***2536  
**Period Ending:** 10/06/20  

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** People's United Bank  
**Account:** ********0502 - Checking Account  
**Blanket Bond:** $48,172,046.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/29/19 | {2} | The Goldstein Group Equity LLC | | 1129-000 | 25,000.00 | | 25,000.00 |
| 01/08/20 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #119-40052, 2020 Bond Payment | 2300-000 | | 7.48 | 24,992.52 |
| 03/11/20 | | Misc Adjustment | Misc Adjustment | 9999-000 | | 24,992.52 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **25,000.00** | **25,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 24,992.52 | |
| | | | **Subtotal** | | **25,000.00** | **7.48** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,000.00** | **$7.48** | |

{} Asset reference(s)                                                                                          Printed: 10/06/2020 11:15 AM     V.20.23

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 1-19-40052-NHL  
**Case Name:** UNIVERSAL PROPERTIES INC.  
**Taxpayer ID #:** **-***2536  
**Period Ending:** 10/06/20

**Trustee:** DAVID J. DOYAGA SR. (520900)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******5641 - Checking Account  
**Blanket Bond:** $48,172,046.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/11/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 24,992.52 | | 24,992.52 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 19.97 | 24,972.55 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 39.91 | 24,932.64 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 38.52 | 24,894.12 |
| 08/19/20 | 10102 | DAVID J. DOYAGA SR. | Dividend paid 100.00% on $3,250.00, Trustee Compensation;  Reference: | 2100-000 | | 3,250.00 | 21,644.12 |
| 08/19/20 | 10103 | Rosen, Kantrow & Dillon, PLLC | Dividend paid 100.00% on $11,313.50, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 11,313.50 | 10,330.62 |
| 08/19/20 | 10104 | Rosen, Kantrow & Dillon, PLLC | Dividend paid 100.00% on $99.63, Special Counsel for Trustee Expenses;  Reference: | 3220-610 | | 99.63 | 10,230.99 |
| 08/19/20 | 10105 | Internal Revenue Service | Dividend paid 100.00% on $4,150.46; Claim# 2P-1; Filed: $4,150.46; | 5800-000 | | 4,150.46 | 6,080.53 |
| 08/19/20 | 10106 | New York State Department of Taxation & Finance | Dividend paid 100.00% on $1,215.50; Claim# 4P-1; Filed: $1,215.50; | 5800-000 | | 1,215.50 | 4,865.03 |
| 08/19/20 | 10107 | CONSOLIDATED EDISON COMPANY OF NEW YORK, INC | Dividend paid 100.00% on $229.61; Claim# 1-1; Filed: $229.61; | 7100-000 | | 229.61 | 4,635.42 |
| 08/19/20 | 10108 | Internal Revenue Service | Dividend paid 100.00% on $4,562.03; Claim# 2U-1; Filed: $4,562.03; | 7100-000 | | 4,562.03 | 73.39 |
| 08/19/20 | 10109 | New York State Department of Taxation & Finance | Dividend paid  29.35% on $250.00; Claim# 4U-1; Filed: $250.00; | 7200-000 | | 73.39 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **24,992.52** | **24,992.52** | **$0.00** |
| | | | Less: Bank Transfers | | 24,992.52 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **24,992.52** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$24,992.52** | |

| | |
|---|---|
| Net Receipts : | 25,000.00 |
| Net Estate : | $25,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********0502 | 25,000.00 | 7.48 | 0.00 |
| Checking # ******5641 | 0.00 | 24,992.52 | 0.00 |
| | **$25,000.00** | **$25,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 10/06/2020 11:15 AM     V.20.23